___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

DEC - 9 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

05-CV-00635-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA ELVIA ZAVALA-OROBIO, )
             )
    Petitioner, ) CASE NO.    C05-635-TSZ-MJB
             )              (CR03-135Z)
    v.       )
             )
UNITED STATES OF AMERICA, ) ORDER DENYING § 2255 MOTION
             )
    Respondent. )
_____)

The Court, having reviewed petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, the government's response, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2255 motion (Doc. #1) is DENIED.

(3)   The Clerk is directed to send a copy of this Order to the parties and to Judge Benton.

DATED this 8th day of Dec., 2005.

THOMAS S. ZILLY
Senior United States District Judge

ORDER DENYING § 2255 MOTION